THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. LEO T. FARLEY, Appellant.
THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN E. FARLEY, Appellant.

Argued January 24, 1938; decided March 8, 1938.

*John E. Sullivan* for Leo T. Farley, appellant.
*Judson R. Hoover* for John E. Farley, appellant.
*Walter B. Reynolds, District Attorney,* for respondent.

As to each defendant: Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.